**STATE of Missouri, Respondent,**

v.

**Melvin RUSSELL, Appellant.**

**No. ED 83575.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 19, 2004.

Scott Thompson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Leslie E. McNamara, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL JR., J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Melvin Russell appeals the judgment on his conviction of one count of possession of a controlled substance in violation of section 195.202 RSMo (2000). Russell argues that the trial court plainly erred in admitting testimony regarding the statements of a confidential informant.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).